LONNIE D. GIAMELA, Bar No. 228435
E-mail:  lgiamela@laborlawyers.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1590
Los Angeles, CA 90071
Telephone (213) 330-4500
Facsimile (213) 330-4501

Attorneys for Defendant
WELLS FARGO & COMPANY SHORT-TERM
DISABILITY PLAN

**NO JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARISA MOGHADDAM,<br><br>              Plaintiff,<br>     vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire corporation; and DOES 1 to 10,<br><br>              Defendants. | Case No. 8:14-CV-00505 DDP (DFMx)<br><br>Assigned to the Honorable<br>DEAN D. PREGERSON<br><br>**JUDGMENT GRANTING DEFENDANT WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN'S MOTION FOR SUMMARY JUDGMENT** |

On October 19, 2015, a hearing was held before this Court regarding Defendant Wells Fargo & Company Short-Term Disability Plan's ("Wells Fargo") motion for summary judgment against Plaintiff Parisa Moghaddam ("Plaintiff").

After full briefing and oral argument by the parties, the Court having fully considered the evidence presented and the issues having been heard,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Wells Fargo's motion for summary judgment is granted in its entirety.

2. Plaintiff Parisa Moghaddam shall take nothing by her First Amended Complaint;

3. That judgment on the merits is hereby entered in favor of Defendant Wells Fargo & Company Short-Term Disability Plan against Plaintiff Parisa Moghaddam;

4. That Plaintiff's First Amended Complaint is dismissed with prejudice for the reasons set forth in the Court's Order Granting Motions for Summary Judgment entered on October 27, 2015;

5. That Defendant Wells Fargo & Company Short-Term Disability Plan is the prevailing party; and

6. That Defendant Wells Fargo & Company Short-Term Disability Plan shall recover its costs in this action.

**IT IS HEREBY ORDERED**

Dated: November 06, 2015

_____
Hon. Dean. D. Pregerson
United States District Judge

CERTIFICATE OF SERVICE

FPDOCS 31193690.1