PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701
E-mail: pcogan@rmkb.com,
stucker@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARISA MOGHADDAM,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire corporation; et al.<br><br>Defendants. | CASE No: **8:14-cv-00505 DDP (DFMx)**<br><br>**JUDGMENT IN FAVOR OF DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AGAINST PLAINTIFF PARISA MOGHADDAM** |

For the reasons stated in the Court's October 27, 2015 Order granting summary judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Liberty Life Assurance Company of Boston, and against Plaintiff Parisa Moghaddam.  Plaintiff Moghaddam shall take nothing from Defendant.  Defendant Liberty Life Assurance Company of Boston shall be awarded costs as the prevailing party.

Dated: November 06, 2015

_____
Honorable Dean D. Pregerson
United States District Court Judge